## COE v. BAYER.

---

PATENTS; INTERFERENCE.

This case is governed by the decision of the Court in *Coe* v. *Brown, ante,* 455.

No. 1013. Patent Appeals. Submitted January 17, 1916. Decided February 7, 1916.

HEARING on an appeal from a decision of the Commissioner of Patents in an interference proceeding.          *Affirmed.*

The facts are stated in the opinion.

*Mr. L. S. Bacon* and *Mr. J. H. Milans* for the appellant.

*Mr. Emil Starek* for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This is an appeal from the decision of the Commissioner of Patents in an interference proceeding awarding priority of invention to appellee, Leo J. Bayer, upon the following counts:

"1. In a soot blower for water-tube boilers having inclined tubes, a set of nozzles arranged one above the other in vertical series, and means for causing said nozzles to follow the direction of the tubes, whereby the nozzles move in planes oblique to the said vertical series arrangement thereof.

"2. In a soot blower for water-tube boilers having inclined tubes, a set of oscillating nozzles opposite the tubes arranged one above the other in vertical series, and means for causing said nozzles to move in planes parallel to the general direction of the tubes.

"3. In a soot blower for water-tube boilers having inclined tubes, a set of oscillating nozzles opposite the tubes arranged along a common vertical line, and means for causing said nozzles to oscillate in planes parallel to the general direction of the tubes and oblique to said vertical line.

"4. In a soot blower for water-tube boilers having inclined tubes, a set of nozzles opposite the tubes arranged one above the other in vertical series, and means for imparting movement to the nozzles in planes substantially parallel to the general direction of the tubes."

This is a companion interference to *Coe* v. *Brown,* [*ante,* 455] and involves substantially the same subject-matter. Appellee is the senior party, having filed his present application October 25, 1911, for a reissue of a patent granted December 20, 1910, on an application filed April 4, 1910. Appellant's application, the one also in issue in the above-mentioned interference, was filed June 3, 1911. The same evidence upon which appellant relied in that interference is also relied upon here. Here, as there, the counts of the issue require "a soot blower having * * * means for causing said nozzles to follow the direction of the tubes." All of the questions presented by this appeal were there determined, and we therefore affirm the decision of the Commissioner without further discussion.

The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.                        *Affirmed.*

A motion for a rehearing was overruled March 4, 1916.